# EXHIBIT 2

**Infringement of Exemplary Claim 1 of U.S. Patent No. 8,711,580 (the '580 patent)**

The accused products include, but are not limited to, Vicor's factorized power products , which include but are not limited to at least the following models:   PRM48AF480T400A00,   PRM48AH480T200A00,   PRM48BH480T200B00,   PRM48BH480T250A00,   PRM48JH480T250A00, PRM48JH480T250A02,      PRM48BF480T400B00,      PRM48BF480T500A00,      PRM48JF480T500A00,      PRM48BF480T600A00, PRM2313S60E54H0T00,      VTM48EF012T130C01,      VTM48EF030T070A00,      VTM48EF040T050B00,      VTM48EF040T050B0R, VTM48EH040T025B00,      VTM48EF060T040A00,      VTM48EF080T030A00,      VTM48EF096T025A00,      VTM48EF120T025A00, VTM48EF120T025A0R,      VTM48EH120T010B00,      VTM48EF160T015A00,      VTM48EF240T012A00,      VTM48EF320T009A00, VTM48EF480T006A00,      VTM2308S60Z0825TZ0,      VTM2308S60Z1513TZ0,      VTM48EF012T130A00,      VTM48EF012T130C01, VTM48EF030T070A00,      VTM48EF040T050B00,      VTM48EF040T050B0R,      VTM48EH040T025B00,      VTM48EF060T040A00, VTM48EF080T030A00,      VTM48EF096T025A00,      VTM48EF120T025A00,      VTM48EF120T025A0R,      VTM48EH120T010B00, VTM48EF160T015A00,      VTM48EF240T012A00,      VTM48EF320T009A00,      VTM48EF480T006A00,      VTM2308S60Z0825TZ0, VTM2308S60Z1513TZ0.    (*See generally* PRM Regulator and VTM Current Multiplier, Factorized Power – Flexible DC-DC Converter Solutions, available   at   https://www.vicorpower.com/documents/family_overviews/fo_PRM-Module-VTM-Current-Multiplier.pdf),   and   other   of   Vicor's VTM  and  PRM  modules.   A  chart  of  exemplary  claim  1  against  exemplary  VTM48EF060T040A00  and  PRM48AF480T400A00  provided together in an end system is provided below.

Annotations and identification of elements in this chart are preliminary, are not final, nor are they intended to limit Plaintiff's identification of claim  elements  in  Vicor's  infringing  products.    Furthermore,  VTM48EF060T040A00  and  PRM48AF480T400A00  and  claim  1  have  been provided as representative, and Plaintiff reserves the right to identify additional products and claims, and identify further representative products. Plaintiff reserves the right to amend, supplement, expand, modify, or narrow its identifications in the accused products as it develops facts during discovery, based on the Court's claim constructions, or for any other allowable purpose in this action.

| 8,711,580 | VTM48EF060T040A00 and PRM48AF480T400A00 |
|---|---|
| 1. A resonant conversion system, comprising | The VTM48EF060T040A00 and PRM48AF480T400A00 provide a resonant conversion system.<br><br><br><br>(VTM48Ex060y040A00 datasheet at 1.) |
| a resonant converter, receiving an input voltage to generate an output voltage; | The VTM48EF060T040A00 and PRM48AF480T400A00 provide a resonant converter, receiving an input voltage to generate an output voltage.<br><br>The VTM48EF060T040A00 is a resonant converter, which receives an input voltage to generate an output voltage. |

| | |
|---|---|
| | **Sine Amplitude Converter™ Point-of-Load Conversion**<br><br>The Sine Amplitude Converter (SAC) uses a high-frequency resonant tank to move energy from input to output. (The resonant tank is formed by Cr and leakage inductance Lr in the power transformer windings.) The resonant LC tank, operated at high frequency, is amplitude modulated as a function of input voltage and output current. A small amount of capacitance embedded in the input and output stages of the module is sufficient for full functionality and is key to achieving power density.<br><br>The VTM48EF060T040A00 SAC can be simplified into the following model:<br><br><br><br>*Figure 17 — VI Chip® module AC model*<br><br>(VTM48Ex060y040A00 datasheet at 12.) |
| a buck converter, providing the input voltage and controlling the input voltage for performing an over-current protection process; and | The VTM48EF060T040A00 and PRM48AF480T400A00 provide a buck converter, providing the input voltage and controlling the input voltage for performing an over-current protection process.<br><br>The PRM48AF480T400A00 is a buck converter that provides the input voltage to a VTM (*e.g.,* VTM48EF060T040A00).<br><br>**Features**<br><br>• 48.0 V input (36.0 V to 75.0 V), non-isolated ZVS buck-boost regulator |



(PRM48Ay480x400A00 Datasheet at 1-2.)

| a first controller, decreasing a duty cycle of a switching device of the buck converter to decrease the input voltage received by the resonant converter, when the resonant converter generates the over-current, | The VTM48EF060T040A00 and PRM48AF480T400A00 provide a first controller, decreasing a duty cycle of a switching device of the buck converter to decrease the input voltage received by the resonant converter, when the resonant converter generates the over-current.<br><br>The PRM48AF480T400A00 is a buck converter, which modulates duty cycles to increase/decrease output voltage (the input voltage to the VTM48EF060T040A00).<br><br>**Features**<br><br>• 48.0 V input (36.0 V to 75.0 V), non-isolated ZVS buck-boost regulator<br><br>(PRM48Ay480x400A00 Datasheet at 1.) |
| --- | --- |



(Curatolo at 3, Factorized Power Architecture: Achieving high density and efficiency in board mounted power, available at https://www.vicorpower.com/documents/whitepapers/wp-FPA-Achieving-high-density-efficiency-VICOR.pdf.)

The PRM48AF480T400A00 decreases the output voltage when an over-current is reached, *e.g.*, when a current limit is reached.

**Current Limit (Adaptive Loop Operation)**

In Adaptive Loop Operation, the current limit is controlled by the internal microcontroller. The current limit approximates a "brick-wall" limit where the output current is prevented from crossing the current limit threshold by reducing the output voltage. The current limit threshold is pre-programmed into the internal microcontroller and cannot be changed externally.

When the internal sensed current crosses the current limit threshold, the current limit will be activated after the detection time $t_{LIM\_SUPV}$. Once activated, the microcontroller will reduce the error amplifier reference voltage(represented by REF) in order to maintain the output current at the limit value. Current limit is able to reduce the output down to $V_{OUT\_UVP}$, below which the device will shut down do to output under voltage protection.

(PRM48Ay480x400A00 Datasheet at 33.)

| | |
|---|---|
| wherein, when an output current exceeds a first predetermined current, the first controller determines that the resonant converter generates the over-current, and restricts the output current of the resonant converter in the first predetermined current or in a second predetermined current higher than the first predetermined current. | The VTM48EF060T040A00 and PRM48AF480T400A00 provide wherein, when an output current exceeds a first predetermined current, the first controller determines that the resonant converter generates the over-current, and restricts the output current of the resonant converter in the first predetermined current or in a second predetermined current higher than the first predetermined current.<br><br>The PRM48AF480T400A00 determines when the output current exceeds a pre-programmed current limit (the brick-wall limit), and reduces the output voltage to prevent it from crossing that limit.<br><br>**Current Limit (Adaptive Loop Operation)**<br>In Adaptive Loop Operation, the current limit is controlled by the internal microcontroller. The current limit approximates a "brick-wall" limit where the output current is prevented from crossing the current limit threshold by reducing the output voltage. The current limit threshold is pre-programmed into the internal microcontroller and cannot be changed externally.<br><br>When the internal sensed current crosses the current limit threshold, the current limit will be activated after the detection time $t_{LIM\_SUPV}$. Once activated, the microcontroller will reduce the error amplifier reference voltage(represented by REF) in order to maintain the output current at the limit value. Current limit is able to reduce the output down to $V_{OUT\_UVP}$, below which the device will shut down do to output under voltage protection.<br><br>(PRM48Ay480x400A00 Datasheet at 33.) |