# EXHIBIT 4

**Infringement of Exemplary Claim 1 of U.S. Patent No. 10,877,534 (the '534 patent)**

The accused products include, but are not limited to, Vicor's power module products, which include but are not limited to at least the following models: NBM2317S60E1560T0R, NBM2317S60D1565T0R, NBM2317S60D1580T0R, DCM3717S60E14G5TN0, PRM2313S60E54H0T00, VTM2308S60Z1513T00, and VTM2308S60Z0825T00, and Vicor's SM-ChiPs. (*See generally* Davies, Attributes of high-performance power module packaging, Vicor White Paper) (describing SM-CHiPs).) A chart of exemplary claim 1 against exemplary NBM2317S60E1560T0R is provided below.

Annotations and identification of elements in this chart are preliminary, are not final, nor are they intended to limit Plaintiff's identification of claim elements in Vicor's infringing products. Furthermore, NBM2317S60E1560T0R and claim 1 have been provided as representative, and Plaintiff reserves the right to identify additional products and claims, and identify further representative products. Plaintiff reserves the right to amend, supplement, expand, modify, or narrow its identifications in the accused products as it develops facts during discovery, based on the Court's claim constructions, or for any other allowable purpose in this action.

| 10,877,534 | NBM2317S60E1560T0R |
|---|---|
| 1. A power supply apparatus, comprising: | The NBM2317S60E1560T0R is a power supply. (*See generally* NBM2317S60D1580T0R Datasheet.) |
| a bearing plate; | The NBM2317S60E1560T0R has a bearing plate, annotated below with the red arrow. |
| insulation material formed on two opposite surfaces of the bearing plate; and | The NBM2317S60E1560T0R has insulation material formed on two opposite surfaces of the bearing plate, annotated below with green arrows. |
| a plurality of pins electrically connected to the bearing plate and allocated | The NBM2317S60E1560T0R has a plurality of pins electrically connected to the bearing plate and allocated along lateral sides of the insulation material (annotated with blue arrows), wherein two terminals of each of the pins have two SMD pads, wherein the two SMD pads of each of the pins are extending to an upper surface and a |

| | |
|---|---|
| along lateral sides of the insulation material, wherein two terminals of each of the pins have two SMD pads, wherein the two SMD pads of each of the pins are extending to an upper surface and a lower surface of the insulation material, respectively. | lower surface of the insulation material, respectively (annotated in purple).<br><br><br><br>This is also seen in the NBM2317S60E1560T0R datasheet. |



(NBM2317S60E1560T0R Datasheet at 3.)