# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW  
500 DELAWARE AVENUE  
P. O. BOX 1150  
WILMINGTON, DELAWARE 19899

TELEPHONE  
302-654-1888

FACSIMILE  
302-654-2067

April 4, 2024

The Honorable Jennifer L. Hall  
United States District Court  
844 N. King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *Delta Electronics, Inc. v. Vicor Corporation*,  
C.A. No. 23-1246-JLH

Dear Judge Hall,

I write on behalf of plaintiff Delta Electronics, Inc. to respectfully request that the Court schedule a Rule 16 conference in the above action. We have attempted to engage with counsel for defendant Vicor Corporation to discuss a proposed schedule for this matter, but they have responded that they believe it would be premature to begin discussing a schedule while Vicor's motion to dismiss is pending. That motion (D.I. 16), however, is a partial motion to dismiss that seeks only to dismiss Delta's claim for indirect and willful infringement. Since Delta's claims for direct infringement will be moving forward, Delta believes it would be appropriate for the parties to begin discussing scheduling and the related matters that are triggered when a Rule 16 conference is noticed by the Court. Pursuant to Local Rule 7.1.1, Delaware counsel for both parties have discussed the foregoing, but were unable to reach an agreement to resolve the issue.

We are available at the Court's convenience should Your Honot have any questions concerning this matter.

Respectfully,

*/s/ John G. Day*

John G. Day

JGD/nml

cc: Counsel of Record (via electronic mail)

{02002818;v1 }